VENICE INLET COMPANY, a Florida Corporation; HERMAN MYERS, et al., v. MARY M. BLACKBURN, joined by her husband and next friend, A. E. Blackburn.

30 So. (2nd) 548                                      January Term, 1947
May 16, 1947                                          Special Division.B

Affirmed.

SAMUEL FELDBAUM v. GERTRUDE FELDBAUM

30 So. (2nd) 548                                              January, 1947
May 16, 1947                                          Special Division A

Affirmed.

FOOD MACHINERY CORPORATION, LIBERTY MUTUAL INSURANCE COMPANY AND FLORIDA INDUSTRIAL COMMISSION, v. B. T. FERGUSON.

31 So. (2nd) 64                                          June Term, 1947
June 10, 1947                                        Special Division A
Rehearing denied July 7, 1947

Affirmed.